**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 555 EAL 2014
: 
          Petitioner : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. : 
: 
: 
: 
RYAN FLYNN, : 
: 
         Respondent : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.